| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MICHIGAN-NORTHERN DIVISION |
| Case number *(if known)* _____ Chapter **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dome Corporation of North America** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Enviro-Tech Structures Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **16-1224042** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5450 East Street** <br> **Saginaw, MI 48601** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saginaw** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.dome-corp-na.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Dome Corporation of North America**  
Name

Case number (*if known*) _____

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*
    - ■ Chapter 7
    - ☐ Chapter 9
    - ☐ Chapter 11. *Check **all** that apply*:
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ■ No.
    - ☐ Yes.

    | District | When | Case number |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    - ■ No
    - ☐ Yes.

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | _____ | When _____ | Case number, if known _____ |

| Debtor | **Dome Corporation of North America** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other: **1) 2017 Audi, Computer, printer and Copier/fax located at: 15 S. Park St., Montclair, NJ 07042; and 2) Tool Trailer located at: Jobsite, 6303 Harrison Ave., Cincinnati, OH 45247.**

**Where is the property?** **See Above**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes. Insurance agency **Ieuter Insurance Group**
Contact name **Vicky Jezewski**
Phone **989-835-6701**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | Dome Corporation of North America | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 24, 2020**
MM / DD / YYYY

**X /s/ Ross Lake**
Signature of authorized representative of debtor

**Ross Lake**
Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Keith A. Schofner**
Signature of attorney for debtor

Date **April 24, 2020**
MM / DD / YYYY

**Keith A. Schofner P41852**
Printed name

**LAMBERT LESER**
Firm name

**755 W. Big Beaver Rd.**
**Suite 410**
**Troy, MI 48084**
Number, Street, City, State & ZIP Code

Contact phone **(989) 893-3518**  Email address  **kschofner@lambertleser.com**

**P41852 MI**
Bar number and State

Attorney General
Law Building
515 Ottawa
Lansing, MI 48913


BW & US Tax Office
3024 W. Grand Blvd., Ste 11-500
Detroit, MI 48202


Michigan Dept. of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan Unemployment Agency
P.O. Box 169
Grand Rapids, MI 49501


U.S. Attorney
Attn: Civil Department
101 First Street, Suite 200
Bay City, MI 48708


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


SBSE/Insolvency Unit
Internal Revenue Service
Box 330500-Stop 15
Detroit, MI 48232


ABC Supply Co., Inc.
15631 Collection Center
Chicago, IL 60693-0156


Accident Fund Insurance Co. of America
PO Box 77000
Detroit, MI 48277-0125


Adirondack Valley Builders Inc.
5833 Number Four Rd.
Lowville, NY 13367

Apple Roofing LLC
Attn: Omaha New Construction
4833 North 32nd St.
Lincoln, NE 68504


Athena Construction Group, Inc.
17877 Old Triangle Road
Triangle, VA 22172


Balzer and Associates, Inc.
PO Box 4068
Roanoke, VA 24015


Budget Dumpster
830 Canterbury Rd.
Westlake, OH 44145


Budget Dumpster, LLC
830 Canterbury Rd.
Westlake, OH 44145


Burke Concrete Construction
PO Box 2483
Purcellville, VA 20134


DP Brown of Detroit, Inc.
1646 Champagne Dr. N.
Saginaw, MI 48604


Fairfax Excavation & Paving Co.
44235 Wade Dr.
Chantilly, VA 20152


Ferguson Waterworks #1800
13900 Lowe St.
Chantilly, VA 20151-3213


Fifth Third Bank
102 W. Front St.
Traverse City, MI 49684


Fifth Third Bank
PO Box 630337
Cincinnati, OH 45263-0337

Green Township Dept. of Public Services
6303 Harrison AVe.
Cincinnati, OH 45247-7818


Herc Rentals Inc.
PO Box 936257
Atlanta, GA 31193


Innovative Concrete Contracting
428 Paul St.
Freeland, MI 48623


JRE, LLC dba Ascension Roofing & Fab
2140 S. Phillippe Ave.
PO Box 192
Gonzales, LA 70737-0129


Koester Construction Co.
3050 SE Enterprise Dr.
Suite A
Grimes, IA 50111-5055


Maine Department of Transportation
16 State House Station
Augusta, ME 04333-0016


Morton Salt, Inc.
11217 Morton Rd.
New Iberia, LA 70560-7995


Mosaic Shared Services
13830 Circa Crossings Dr.
Lithia, FL 33547


Nationwide
Processing Center
PO Box 37712
Philadelphia, PA 19101-5012


NJ Department of Transportation
PO Box 600
Trenton, NJ 08625

NJ Dept of Labor - Unemployment Ins Ofc
PO Box 226
Newark, NJ 07102-0226


Northern Sierra Corporation
5450 East St.
Saginaw, MI 48601


Old Veterans Construction
10942 S. Halsted St.
Chicago, IL 60628


Perkins/Carmack Construction
6005 Meijer Dr.
Milford, OH 45150


Pitney Bowes Global Financial Svs LLC
Customer Service Department
2225 American Dr.
Neenah, WI 54956-1005


Ross Lake
1880 Erskine Rd.
Hemlock, MI 48626


Rowe Electric Inc.
PO Box 276
Ringoes, NJ 08551-0276


Saginaw Foundation
5450 East St.
Saginaw, MI 48601


Shallow Creek Electrical Svcs
600 Airport Rd.
Winchester, VA 22602


State of NY - Office of General Services
Cornning Tower-35th Floor
Empire State Plaza
Albany, NY 12242-0109


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Tony Casale Inc.
1185 Saw Mill River Rd.
Yonkers, NY 10710


United Rentals (North America), Inc.
PO Box 100711
Atlanta, GA 30384-0711


United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711


Verizon
PO Box 16801
Newark, NJ 07101-6801


Virginia Department of Transportation
1221 E. Broad St.
Richmond, VA 23219


Western Surety Co.
PO Box 5077
Sioux Falls, SD 57117


Western Surety Company
PO Box 5077
Sioux Falls, SD 57117