# United States Bankruptcy Court
## Eastern District of Michigan-Northern Division

In re   **Dome Corporation of North America**         Case No. _____
Debtor(s)         Chapter  **7**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

    Name: _____
    Address: _____

**(For additional names, attach an addendum to this form)**

■ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **April 24, 2020**        **/s/ Ross Lake**
                                        Signature of Authorized Individual
                                        For Corporation Debtor

                                        **Ross Lake**
                                        Print Name

                                        **President**
                                        Title