UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

DOME CORPORATION
OF NORTH AMERICA,            Case No. 20-20759

           Chapter 7 Proceeding
_____/    Honorable Daniel S. Opperman

## NOTIFICATION OF ASSET CASE (NO HEARING SET) TO CLERK OF THE UNITED STATES BANKRUPTCY COURT

    Randall L. Frank, the duly sworn appointed Chapter 7 Trustee in the above named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notices should be given to creditors to file claims.

DATED: May 21, 2020            /s/ Randall L. Frank

           _____
           Randall L. Frank (P33189)
           Chapter 7 Trustee
           P.O. Box 2220
           Bay City, MI 48707-2220
           (989) 893-2461
           randall.frank@gmail.com