| | |
|---|---|
| Case No.: | 20-20759 |
| Case Name: | DOME CORPORATION OF NORTH AMERICA |
| For the Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| §341(a) Meeting Date: | 06/02/2020 |
| Claims Bar Date: | 08/19/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1) Fifth Third Bank: Checking, -2226, $10,976.53; 2) Fifth Third Bank: Money Market, -7919, $10,481.21; 3)Wildfire Credit Union: Checking, -5848, $91,460.77; 4)Wildfire Credit Union: High Yield, -5848, $60,003.86; 5) Wildfire Credit Union: Membership, -5848, $5.00; 6) BB&T (now Truist): Checking, -6702, $1,560.10; 7) BB&T (now Truist): Savings, -4422, $360.86. | $174,848.33 | $174,848.33 | | $162,154.86 | FA |
| 2 | Fifth Third Bank Prepaid Visa-Debit/Credit cards, Account Nos.: -7990, -4049, - 6678, -5491, -3871, -6153 & -7655 | $700.00 | $700.00 | | $0.00 | FA |
| 3 | Deposits and Prepayments: Pitney Bowes postage meter that was cancelled. Remaining postage should be refunded. | Unknown | $0.00 | | $0.00 | FA |
| 4 | Health Insurance Refund - Blue Cross Blue Shield of MI | $5,283.14 | $5,283.14 | | $5,283.14 | FA |
| 5 | Dental Insurance Refund - Companion Life | $138.56 | $138.56 | | $0.00 | FA |
| 6 | Ferguson Waterworks #1800 | $61.69 | $61.69 | | $0.00 | FA |
| 7 | Accounts receivable | $750,693.41 | $0.00 | | $43,664.00 | $707,029.41 |
| 8 | Other inventory or supplies Inventory of Equipment - see Supplement III to Schedule A/B: Assets Real and Personal Property attached. April 2020 $103,457.52 Comparable sale | $40,046.01 | $40,046.01 | | $0.00 | FA |
| 9 | Office Furniture - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $0.00 Comparable sale | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 10 | Office equipment, including all computer equipment and communication systems equipment and software Office Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $1,736.52 Comparable sale | $4,825.00 | $4,825.00 | | $0.00 | FA |
| 11 | Office Computer Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $4,336.89 Comparable sale | $11,300.09 | $11,300.09 | | $0.00 | FA |

| | SUBTOTALS | $0.00 | | | $0.00 | |

| Case No.: | 20-20759 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| For the Period Ending: | 06/30/2020 | | §341(a) Meeting Date: | 06/02/2020 |
| | | | Claims Bar Date: | 08/19/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | Schedule A/B: Assets Real and Personal Property attached. $0.00 Comparable sale | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 13 | Schedule A/B: Assets Real and Personal Property attached. $1,736.52 Comparable sale | $4,825.00 | $4,825.00 | | $0.00 | FA |
| 14 | Property attached. $4,336.89 Comparable sale | $11,300.00 | $11,300.00 | | $0.00 | FA |
| 15 | Vehicles - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $83,135.09 Comparable sale | $228,281.00 | $228,281.00 | | $125,300.00 | $102,981.00 |
| 16 | Trailers - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. Unknown Comparable sale | $7,850.00 | $7,850.00 | | $0.00 | FA |
| 17 | Tools & Other Construction Items - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $0.00 Comparable sale | $15,587.50 | $15,587.50 | | $0.00 | FA |
| 18 | Other Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $0.00 Comparable sale | $7,525.00 | $7,525.00 | | $0.00 | FA |
| 19 | Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property attached. $6,026.81 Comparable sale | $62,885.00 | $62,885.00 | | $0.00 | FA |
| 20 | Assets Real and Personal Property attached. $0.00 Comparable sale | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 21 | Office Lease at 15 S. Park Street, Montclair, NJ 07042 cancellation as of March 31, 2020. NJ Office Lease Unknown | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Office Lease and Yard Space - RLP Investments, 5450 East St., Saginaw, MI 48601 MI Office Lease $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Tax refunds | $917,000.00 | $917,000.00 | | $0.00 | $917,000.00 |
| 24 | Claim submitted to insurance company for stolen tools. | $12,108.76 | $12,108.76 | | $0.00 | $12,108.76 |
| 25 | Claim submitted to United Rentals for damaged rental unit. | $3,481.10 | $3,481.10 | | $0.00 | FA |
| 26 | UPS Refund                          (u) | $100.00 | $100.00 | | $100.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | | $2,264,239.59 | $1,513,546.18 | | $336,502.00 | $1,739,119.17 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No.: | 20-20759 | |
| Case Name: | DOME CORPORATION OF NORTH AMERICA | |
| For the Period Ending: | 06/30/2020 | |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| §341(a) Meeting Date: | 06/02/2020 |
| Claims Bar Date: | 08/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

06/25/2020    Administering tax refunds from various states, and other personal property.

**Initial Projected Date Of Final Report (TFR):**    03/31/2022          /s/ RANDALL L. FRANK

**Current Projected Date Of Final Report (TFR):**    03/31/2022          RANDALL L. FRANK

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 20-20759 |
| Case Name: | DOME CORPORATION OF NORTH AMERICA |
| Primary Taxpayer ID #: | **-***4042 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2019 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0076 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2020 | (1) | Wildfire Credit Union | Turnover of Funds on Deposit | 1129-000 | $162,154.86 | | $162,154.86 |
| 06/04/2020 | (7) | Tony Casale Inc. | Turnover of Accounts Receivable | 1129-000 | $43,392.00 | | $205,546.86 |
| 06/04/2020 | (15) | McDonald Ford | Sale of Vehicles per c/o | 1129-000 | $118,300.00 | | $323,846.86 |
| 06/17/2020 | | Nationwide Insurance | Insurance Refund | 1121-000 | $9,391.93 | | $333,238.79 |
| 06/17/2020 | (4) | Blue Cross/Blue Shield of Michigan | Insurance Refund | 1129-000 | $5,283.14 | | $338,521.93 |
| 06/17/2020 | (7) | Tony Casale, Inc. | Accounts Receivable | 1129-000 | $272.00 | | $338,793.93 |
| 06/17/2020 | (26) | UPS | UPS Refund | 1229-000 | $100.00 | | $338,893.93 |
| 06/25/2020 | (15) | Jacques Kessous | Audi A4 | 1129-000 | $7,000.00 | | $345,893.93 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $345,893.93 | $0.00 | $345,893.93 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $345,893.93 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $345,893.93 | $0.00 | |

**For the period of 07/01/2019 to 06/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $345,893.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $345,893.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/28/2020 to 6/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $345,893.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $345,893.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 20-20759 | |
| Case Name: | DOME CORPORATION OF NORTH AMERICA | |
| Primary Taxpayer ID #: | **-***4042 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2019 | |
| For Period Ending: | 06/30/2020 | |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0076 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $345,893.93 | $0.00 | $345,893.93 |

**For the period of 07/01/2019 to 06/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $345,893.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $345,893.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/28/2020  to 6/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $345,893.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $345,893.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |