# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **20−20759−dob**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Dome Corporation of North America
    dba Enviro−Tech Structures Corporation
    5450 East Street
    Saginaw, MI 48601

Social Security No.:

Employer's Tax I.D. No.:
    16−1224042

## CLERK'S CERTIFICATION OF THE RECORD

I hereby certify that as of this date and to the best of my knowledge:

    (1) The documents listed on the docket sheet are in the case file in the custody of the Clerk.

    (2) The claims register lists the claims filed with Court.

    (3) The docket sheet and claims register are available for review through PACER.

    (4) The following Court costs are due and owing:

        a) Reopening fee $ 0.00

        b) Conversion fee $ 0.00

        c) Filing fee $ 0.00

        d) No Complaint(s) for a total of $ 0.00

        e) No Appeal(s) for a total of $ 0.00

        f) No Motion(s) to Sell Property Free and Clear of Liens Under 11 U.S.C. § 363(f)
        for a total of $ 0.00

Dated: 5/11/22

        BY THE COURT

        Todd M. Stickle , Clerk of Court
        UNITED STATES BANKRUPTCY COURT