**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 20-20759-DOB |
| | § | |
| DOME CORPORATION OF NORTH AMERICA | § § § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>04/24/2020</u>. The undersigned trustee was appointed on <u>04/24/2020</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $1,943,193.18

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $77,483.32 |
    | Bank service fees | $25,964.40 |
    | Other Payments to creditors | $466,617.92 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,373,127.54 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/19/2020 and the deadline for filing government claims was 08/19/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $81,545.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $81,545.80, for a total compensation of $81,545.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $120.00, for total expenses of $120.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2022         By:  /s/ Randall L. Frank
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-20759-DOB | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| For the Period Ending: | 6/9/2022 | §341(a) Meeting Date: | 06/02/2020 |
| | | Claims Bar Date: | 08/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. 1) Fifth Third Bank: Checking, -2226, $10,976.53; 2) Fifth Third Bank: Money Market, -7919, $10,481.21; 3)Wildfire Credit Union: Checking, -5848, $91,460.77; 4)Wildfire Credit Union: High Yield, -5848, $60,003.86; 5) Wildfire Credit Union: Membership, -5848, $5.00; 6) BB&T (now Truist): Checking, -6702, $1,560.10; 7) BB&T (now Truist): Savings, -4422, $360.86. | $174,848.33 | $164,073.82 | | $164,075.82 | FA |
| 2. Fifth Third Bank Prepaid Visa-Debit/Credit cards, Account Nos.: -7990, -4049, -6678, -5491, -3871, -6153 & -7655 | $700.00 | $0.00 | | $0.00 | FA |
| 3. Deposits and Prepayments: Pitney Bowes postage meter that was cancelled. Remaining postage should be refunded. | Unknown | $0.00 | | $0.00 | FA |
| 4. Health Insurance Refund - Blue Cross Blue Shield of MI | $5,283.14 | $5,283.14 | | $5,283.14 | FA |
| 5. Dental Insurance Refund - Companion Life | $138.56 | $0.00 | | $0.00 | FA |
| 6. Ferguson Waterworks #1800 | $61.69 | $0.00 | | $0.00 | FA |
| 7. Accounts receivable | $750,693.41 | $535,207.34 | | $534,075.69 | FA |
| 8. Other inventory or supplies Inventory of Equipment - see Supplement III to Schedule A/B: Assets Real and Personal Property. | $40,046.01 | $22,591.13 | | $22,591.33 | FA |
| 9. Office Furniture - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $1,200.00 | $676.97 | | $676.97 | FA |
| 10. Office equipment, including all computer equipment and communication systems equipment and software Office Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $4,825.00 | $2,721.95 | | $2,721.95 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-20759-DOB | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| For the Period Ending: | 6/9/2022 | §341(a) Meeting Date: | 06/02/2020 |
| | | Claims Bar Date: | 08/19/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 11 | Office Computer Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $11,300.09 | $6,374.72 | | $6,374.72 | FA |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset #12 is a duplicate of Asset #9. | | | | | |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset #13 is a duplicate of Asset #10. | | | | | |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset #14 is a duplicate of Asset #11. | | | | | |
| 15 | Vehicles - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $228,281.00 | $130,300.00 | | $130,300.00 | FA |
| 16 | Trailers - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $7,850.00 | $4,428.46 | | $4,428.46 | FA |
| 17 | Tools & Other Construction Items - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $15,587.50 | $8,793.45 | | $8,793.45 | FA |
| 18 | Other Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $7,525.00 | $4,245.11 | | $4,245.11 | FA |
| 19 | Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. | $62,885.00 | $35,475.60 | | $35,475.60 | FA |
| 20 | Portable Building per debtor's Supplement I to Schedule A/B, Page 16 of 18. | $3,000.00 | $1,692.41 | | $1,692.41 | FA |
| 21 | Office Lease at 15 S. Park Street, Montclair, NJ 07042 cancellation as of March 31, 2020. NJ Office Lease Unknown | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Office Lease and Yard Space - RLP Investments, 5450 East St., Saginaw, MI 48601 MI Office Lease | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Tax refunds | $917,000.00 | $963,328.01 | | $963,328.01 | FA |
| 24 | Claim submitted to insurance company for stolen tools. | $12,108.76 | $9,391.93 | | $9,391.93 | FA |
| 25 | Claim submitted to United Rentals for damaged rental unit. | $3,481.10 | $0.00 | | $0.00 | FA |
| 26 | UPS Refund (u) | $100.00 | $100.00 | | $100.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-20759-DOB | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | Date Filed (f) or Converted (c): | 04/24/2020 (f) |
| For the Period Ending: | 6/9/2022 | §341(a) Meeting Date: | 06/02/2020 |
|  |  | Claims Bar Date: | 08/19/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 27 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Voided- Asset for Funds on Deposit BB&T is part of Asset #1 | | | | | |
| 28 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Voided as Green Township, Ohio asset is part of Asset #7 | | | | | |
| 29 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Voided as Verona, Virginia asset is part of Asset #7 | | | | | |
| 30 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Voided as Settlement with State of Maine asset is part of Asset #7 | | | | | |
| 31 | Settlement with Carolina Marine Terminal (u) | $95.00 | $95.00 | | $95.00 | FA |
| 32 | Nationwide-Insurance Proceeds (u) | $18,526.29 | $18,526.29 | | $18,526.29 | FA |
| 33 | Accident Fund- Avoidance Action (u) | $18,226.00 | $9,133.00 | | $9,133.00 | FA |
| 34 | Fifth Third Bank Setoff (u) | $21,884.30 | $21,884.30 | | $21,884.30 | FA |
| Asset Notes: | Approved Distribution to 5/3 Bank Per c/o 4/7/22 | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| $2,305,646.18 | $1,944,322.63 | | $1,943,193.18 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

06/20/2021    Filing avoidance actions and collecting final tax refund owed to the estate.
06/25/2020    Administering tax refunds from various states, and other personal property.

| **Initial Projected Date Of Final Report (TFR):** | 03/31/2022 | /s/ RANDALL L. FRANK |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 03/31/2022 | RANDALL L. FRANK |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-20759-DOB | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4042 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2020 | (1) | Wildfire Credit Union | Turnover of Funds on Deposit | 1129-000 | $162,154.86 | | $162,154.86 |
| 06/04/2020 | (7) | Tony Casale Inc. | Turnover of Accounts Receivable | 1121-000 | $43,392.00 | | $205,546.86 |
| 06/04/2020 | (15) | McDonald Ford | Sale of Vehicles per c/o 5/19/2020 | 1129-000 | $118,300.00 | | $323,846.86 |
| 06/17/2020 | (4) | Blue Cross/Blue Shield of Michigan | Insurance Refund | 1129-000 | $5,283.14 | | $329,130.00 |
| 06/17/2020 | (7) | Tony Casale, Inc. | Accounts Receivable | 1121-000 | $272.00 | | $329,402.00 |
| 06/17/2020 | (24) | Nationwide Insurance | Insurance Refund | 1129-000 | $9,391.93 | | $338,793.93 |
| 06/17/2020 | (26) | UPS | UPS Refund | 1229-000 | $100.00 | | $338,893.93 |
| 06/25/2020 | (15) | Jacques Kessous | Sale of Audi A4 per c/o 7/13/2020 | 1129-000 | $7,000.00 | | $345,893.93 |
| 07/07/2020 | (23) | State Tax Commissioner-North | Tax Refund | 1124-000 | $350.00 | | $346,243.93 |
| 07/07/2020 | (23) | State of Wisconsin | Tax Refund | 1124-000 | $314.00 | | $346,557.93 |
| 07/07/2020 | (23) | State of Minnesota | Tax Refund | 1124-000 | $1,741.00 | | $348,298.93 |
| 07/07/2020 | (23) | State of Michigan | Tax Refund | 1124-000 | $189.00 | | $348,487.93 |
| 07/07/2020 | (23) | State of Maryland | Tax Refund | 1124-000 | $2,000.00 | | $350,487.93 |
| 07/07/2020 | (23) | State of Indiana | Tax Refund | 1124-000 | $57.00 | | $350,544.93 |
| 07/07/2020 | (23) | State of Iowa | Tax Refund | 1124-000 | $664.00 | | $351,208.93 |
| 07/07/2020 | (23) | Commonwealth of Virginia | Tax Refund | 1124-000 | $1,160.00 | | $352,368.93 |
| 07/07/2020 | 3001 | Newport Group, Inc. | RE: Termination of 401(k) Plan | 2420-000 | | $483.94 | $351,884.99 |
| 07/08/2020 | (23) | Commonwealth of PA | Tax Refund | 1124-000 | $358.00 | | $352,242.99 |
| 07/16/2020 | (23) | State of Nebraska | Tax Refund | 1124-000 | $909.00 | | $353,151.99 |
| 07/16/2020 | (23) | State of Maine | Tax Refund | 1124-000 | $195.00 | | $353,346.99 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6,155.86 | $347,191.13 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($6,155.86) | $353,346.99 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $505.25 | $352,841.74 |
| 08/18/2020 | 3002 | Berthiaume & Company | Accountant for Trustee Fees per c/o 08/18/2020 | * | | $6,516.53 | $346,325.21 |
| | | | Accountant for Trustee Fees $(4,840.00) | 3410-000 | | | $346,325.21 |
| | | | Accountant Expenses $(1,676.53) | 3420-000 | | | $346,325.21 |
| | | | SUBTOTALS | | $353,830.93 | $7,505.72 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-20759-DOB | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4042 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2020 | | Brookstone Company, LLC | Sale of personal property per c/o 8/12/2020 | * | $87,000.00 | | $433,325.21 |
| | {8} | | Other inventory or supplies Inventory of Equipment - see Supplement III to Schedule A/B: Assets Real and Personal Property. $22,591.33 | 1129-000 | | | $433,325.21 |
| | {9} | | Office Furniture - see Supplement I to Schedule A/B: Assets Real and Personal Property. $676.97 | 1129-000 | | | $433,325.21 |
| | {10} | | Office equipment, including all computer equipment and communication systems equipment and software Office Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. $2,721.95 | 1129-000 | | | $433,325.21 |
| | {16} | | Trailers - see Supplement I to Schedule A/B: Assets Real and Personal Property. $4,428.46 | 1129-000 | | | $433,325.21 |
| | {17} | | Tools & Other Construction Items - see Supplement I to Schedule A/B: Assets Real and Personal Property. $8,793.45 | 1129-000 | | | $433,325.21 |
| | {18} | | Other Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. $4,245.11 | 1129-000 | | | $433,325.21 |
| | {19} | | Construction Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. $35,475.60 | 1129-000 | | | $433,325.21 |
| | {20} | | Portable Building per debtors Supplement I to Schedule A/B, Page 16 of 18. $1,692.41 | 1129-000 | | | $433,325.21 |
| | {11} | | Office Computer Equipment - see Supplement I to Schedule A/B: Assets Real and Personal Property. $6,374.72 | 1129-000 | | | $433,325.21 |

SUBTOTALS  $87,000.00  $0.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 20-20759-DOB | | Trustee Name: | | Randall L. Frank |
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | Bank Name: | | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4042 | | Checking Acct #: | | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | |
| For Period Beginning: | 4/24/2020 | | Blanket bond (per case limit): | | $2,000,000.00 |
| For Period Ending: | 6/9/2022 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2020 | (1) | BB&T | Funds on Deposit-Closed out account | 1129-000 | $360.86 | | $433,686.07 |
| 08/20/2020 | (1) | BB&T | Funds on Deposit-BB&T | 1129-000 | $1,560.10 | | $435,246.17 |
| 08/20/2020 | (7) | Koester Construction Co., Inc. | Koester Settlement per c/o 8/12/2020 | 1121-000 | $8,250.00 | | $443,496.17 |
| 08/20/2020 | (23) | State of Kansas | Tax Refund-Kansas | 1124-000 | $38.00 | | $443,534.17 |
| 08/20/2020 | (23) | State of Illinois | Tax Refund-Illinois | 1124-000 | $1,160.00 | | $444,694.17 |
| 08/27/2020 | 3003 | Fifth Third Bank | Paid per c/o 08/12/2020 | 4210-000 | | $307,323.79 | $137,370.38 |
| 08/27/2020 | 3004 | Spaulding Township Treasurer | 2020 Summer Taxes | 2820-000 | | $88.75 | $137,281.63 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $587.42 | $136,694.21 |
| 09/22/2020 | (7) | Green Township Ohio | Green Township, Ohio Retainer | 1121-000 | $38,034.24 | | $174,728.45 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $227.83 | $174,500.62 |
| 10/01/2020 | (7) | Commonwealth of Virginia | Balance of Verona, Virginia job (Job #344) | 1121-000 | $74,471.36 | | $248,971.98 |
| 10/15/2020 | 3005 | Fifth Third Bank | Settlement per c/o 10/09/2020 | 4210-000 | | $2,827.57 | $246,144.41 |
| 10/15/2020 | 3006 | Fifth Third Bank | Settlement per c/o 8/12/2020 | 4210-000 | | $21,750.00 | $224,394.41 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $370.07 | $224,024.34 |
| 11/25/2020 | (7) | State of Maine | Settlement | 1121-000 | $7,500.00 | | $231,524.34 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $359.82 | $231,164.52 |
| 12/08/2020 | 3007 | Insurance Partners | Bond Premium | 2300-000 | | $92.41 | $231,072.11 |
| 12/17/2020 | (31) | Carolina Marine Terminal | Turnover of settlement funds | 1249-000 | $95.00 | | $231,167.11 |
| 12/22/2020 | (7) | State of New Jersey | Construction Project - State of New Jersey | 1121-000 | $27,557.00 | | $258,724.11 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $373.19 | $258,350.92 |
| 01/04/2021 | (23) | U.S. Treasury | 2019 Refund | 1124-000 | $28,155.97 | | $286,506.89 |
| 01/12/2021 | 3008 | Fifth Third Bank | Settlement per c/o 10/09/2020 | 4210-000 | | $28,000.00 | $258,506.89 |
| 01/14/2021 | (7) | Old Veteran Construction, Inc. | Settlement on Emergency Repair Illinois Rt 47 | 1121-000 | $18,760.00 | | $277,266.89 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $422.33 | $276,844.56 |
| 02/03/2021 | (23) | State of New Jersey-Dept Treasury | Tax Refund | 1124-000 | $500.00 | | $277,344.56 |
| 02/24/2021 | (15) | Brookstone Company, LLC | Settlement with Ross Lake per c/o 8/12/2020 | 1129-000 | $5,000.00 | | $282,344.56 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $373.48 | $281,971.08 |
| 03/09/2021 | (23) | U.S. Treasury | Tax Refund | 1124-000 | $836,945.63 | | $1,118,916.71 |
| 03/09/2021 | (23) | U.S. Treasury | Tax Refund | 1124-000 | $25,899.30 | | $1,144,816.01 |
| 03/09/2021 | (23) | U.S. Treasury | Tax Refund | 1124-000 | $25,850.09 | | $1,170,666.10 |
| 03/17/2021 | 3009 | Smith Martin Powers & Knier, PC | Attorney for Trustee Fees & Expenses per c/o 03/16/21 | * | | $60,597.04 | $1,110,069.06 |
| | | | Attorney for Trustee Fees $(58,730.00) | 3210-000 | | | $1,110,069.06 |
| | | | Attorney for Trustee Expenses $(1,867.04) | 3220-000 | | | $1,110,069.06 |
| | | | | SUBTOTALS | $1,100,137.55 | $423,393.70 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-20759-DOB | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4042 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2021 | (23) | U.S. Treasury | Turnover of Tax Refund | 1124-000 | $20,049.26 | | $1,130,118.32 |
| 03/22/2021 | (23) | U.S. Treasury | Turnover of Tax Refund | 1124-000 | $16,422.76 | | $1,146,541.08 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,374.24 | $1,145,166.84 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,647.20 | $1,143,519.64 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,699.72 | $1,141,819.92 |
| 06/22/2021 | (32) | Nationwide | Turnover of Pre-Petition Insurance settlement (outstanding at the time the case was filed). | 1249-000 | $18,526.29 | | $1,160,346.21 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,650.38 | $1,158,695.83 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,722.28 | $1,156,973.55 |
| 08/04/2021 | 3010 | Berthiaume & Company | Accounting/Bookkeeping Fees and Expenses per c/o 8/3/21 | * | | $9,342.12 | $1,147,631.43 |
| | | | Fees  $(8,400.00) | 3410-000 | | | $1,147,631.43 |
| | | | Expenses  $(942.12) | 3420-000 | | | $1,147,631.43 |
| 08/16/2021 | (23) | Treasurer-State of Missouri | Tax Refund | 1124-000 | $370.00 | | $1,148,001.43 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,711.22 | $1,146,290.21 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,648.82 | $1,144,641.39 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,701.39 | $1,142,940.00 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,644.00 | $1,141,296.00 |
| 12/09/2021 | (7) | State of New York | Contract Settlement with State of New York, per c/o 11/18/21 | 1121-000 | $231,376.83 | | $1,372,672.83 |
| 12/13/2021 | (7) | State of New York | Contract Settlement with State of New York per c/o 11/18/21 | 1121-000 | $84,462.26 | | $1,457,135.09 |
| 12/20/2021 | 3011 | Adirondack Valley Builders | Settlement per c/o 11/18/21 | 4220-000 | | $84,462.26 | $1,372,672.83 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,028.53 | $1,370,644.30 |
| 01/19/2022 | 3012 | Insurance Partners | Bond Premium | 2300-000 | | $362.53 | $1,370,281.77 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,049.37 | $1,368,232.40 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,836.85 | $1,366,395.55 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,031.01 | $1,364,364.54 |
| 04/11/2022 | 3013 | Fifth Third Bank | Settlement per c/o 4/7/22 | 4210-000 | | $370.00 | $1,363,994.54 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,962.33 | $1,362,032.21 |
| 05/05/2022 | | Pinnacle Bank | Bank Service Fee Reversal | 2600-000 | | ($1,962.33) | $1,363,994.54 |
| 05/09/2022 | (33) | Accident Fund | Settlement with Accident Fund per c/o 4/4/22 | 1241-000 | $9,133.00 | | $1,373,127.54 |
| 05/11/2022 | | Fifth Third Bank | 5/3 Bank Setoff per c/o 4/7/22 | * | | | $1,373,127.54 |
| | {34} | | 5/3 Bank Setoff per c/o 4/7/22  $21,884.30 | 1129-000 | | | $1,373,127.54 |
| | | | 5/3 Bank Setoff per c/o 4/7/22  $(21,884.30) | 4210-000 | | | $1,373,127.54 |
| | | | | SUBTOTALS | $380,340.40 | $117,281.92 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 20-20759-DOB | |
| **Case Name:** | DOME CORPORATION OF NORTH AMERICA | |
| **Primary Taxpayer ID #:** | **-***4042 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/24/2020 | |
| **For Period Ending:** | 6/9/2022 | |

| | |
|---|---|
| **Trustee Name:** | Randall L. Frank |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0076 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $1,921,308.88 | $548,181.34 | $1,373,127.54 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $1,921,308.88 | $548,181.34 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,921,308.88 | $548,181.34 | |

| For the period of 4/24/2020 to 6/9/2022 | | For the entire history of the account between 04/28/2020 to 6/9/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,943,193.18 | Total Compensable Receipts: | $1,943,193.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,943,193.18 | Total Comp/Non Comp Receipts: | $1,943,193.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $570,065.64 | Total Compensable Disbursements: | $570,065.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $570,065.64 | Total Comp/Non Comp Disbursements: | $570,065.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 20-20759-DOB | Trustee Name: Randall L. Frank |
| Case Name: | DOME CORPORATION OF NORTH AMERICA | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4042 | Checking Acct #: ******0076 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 4/24/2020 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 6/9/2022 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,921,308.88 | $548,181.34 | $1,373,127.54 |

| For the period of 4/24/2020 to 6/9/2022 | | For the entire history of the case between 04/24/2020 to 6/9/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,943,193.18 | Total Compensable Receipts: | $1,943,193.18 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,943,193.18 | Total Comp/Non Comp Receipts: | $1,943,193.18 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $570,065.64 | Total Compensable Disbursements: | $570,065.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $570,065.64 | Total Comp/Non Comp Disbursements: | $570,065.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDALL L. FRANK

RANDALL L. FRANK

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| | | |
|---|---|---|
| Case No. | 20-20759-DOB | Trustee Name: Randall L. Frank |
| Case Name: | DOME CORPORATION OF NORTH AMERICA | Date: 6/9/2022 |
| Claims Bar Date: | 08/19/2020 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Compensation | Allowed | 2100-000 | $81,545.80 | $0.00 | $0.00 | $0.00 | $81,545.80 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Expenses | Allowed | 2200-000 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |
| | SMITH MARTIN POWERS & KNIER PC | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $25,095.00 | $0.00 | $0.00 | $0.00 | $25,095.00 |
| | SMITH MARTIN POWERS & KNIER, PC | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $989.96 | $0.00 | $0.00 | $0.00 | $989.96 |
| 1 | JRE, LLC DBA ASCENSION ROOFING & FAB c/o STEEG LAW 201 St. Charles Ave. Ste. 3201 New Orleans LA 70170 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $173,598.75 | $0.00 | $0.00 | $0.00 | $173,598.75 |

**Claim Notes:** Claim #1 and #16 are for the same claim. Funds will be sent to Steeg Law Firm, while they settle.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | BALZER AND ASSOCIATES, INC. 1208 Corporate Circle Roanoke VA 24018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,919.10 | $0.00 | $0.00 | $0.00 | $6,919.10 |
| 3 | ADIRONDACK VALLEY BUILDERS INC. 5833 Number Four Rd. Lowville NY 13367 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | HI-TEK BIZ LLC dba Shallow Creek Electrical Services 600 Airport Road Winchester VA 22602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,702.43 | $0.00 | $0.00 | $0.00 | $13,702.43 |
| 5 | PITNEY BOWES INC 27 Waterview Dr, 3rd Fl Shelton CT 06484 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,500.62 | $0.00 | $0.00 | $0.00 | $1,500.62 |

| Case No. | 20-20759-DOB | | | | | | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | | | | | | Date: | 6/9/2022 |
| Claims Bar Date: | 08/19/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ROWE ELECTRIC INC.<br><br>PO Box 276<br>Ringoes NJ 08551-0276 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,528.00 | $0.00 | $0.00 | $0.00 | $5,528.00 |
| 8 | CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>Collections Unit - Bankruptcy Team<br>450 Columbus Blvd., Ste. 1<br>Hartford CT 06103-1837 | Claims of Governmental Units | Allowed | 5800-000 | $252.50 | $0.00 | $0.00 | $0.00 | $252.50 |
| 8A | CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>Collections Unit - Bankruptcy Team<br>450 Columbus Blvd., Ste. 1<br>Hartford CT 06103-1837 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 9 | SUNBELT RENTALS<br><br>PO Box 409211<br>Atlanta GA 30384-9211 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $481.51 | $0.00 | $0.00 | $0.00 | $481.51 |
| 10 | ROSS LAKE<br><br>1880 Erskine Rd.<br>Hemlock MI 48626 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $34,000.00 | $0.00 | $0.00 | $0.00 | $34,000.00 |

**Claim Notes:** (10-1) Money loaned and stock redemption

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | FIFTH THIRD BANK, NATIONAL ASSOCIATION<br><br><br>1 Woodward Avenue<br>JOWBD1<br>Detroit MI 48226 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4210-000 | $382,155.66 | $382,155.66 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (11-1) Secured and Unsecured Claim Per Agreement

| Case No.: | 20-20759-DOB | | | | | | | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | | | | | | | Date: | 6/9/2022 |
| Claims Bar Date: | 08/19/2020 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11A | FIFTH THIRD BANK, NATIONAL ASSOCIATION<br>1 Woodward Avenue JOWBD1<br>Detroit MI 48226 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $489,928.71 | $0.00 | $0.00 | $0.00 | $489,928.71 |
| **Claim Notes:** | (11-1) Secured and Unsecured Claim Per Agreement | | | | | | | | |
| 12 | WESTERN SURETY COMPANY<br><br>PO Box 5077<br>Sioux Falls SD 57117 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $664,213.74 | $0.00 | $0.00 | $0.00 | $664,213.74 |
| **Claim Notes:** | (12-1) Western Surety Proof of Claim(12-2) Amended Proof of Claim | | | | | | | | |
| 13 | ACCIDENT FUND INSURANCE COMPANY OF AMERICA<br>Attn: Geoffrey Pavlic<br>200 N. Grand Ave<br>Lansing MI 48901-4890 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $45,665.00 | $0.00 | $0.00 | $0.00 | $45,665.00 |
| 14 | INNOVATIVE CONCRETE CONTRACTING<br>428 Paul St.<br>Freeland MI 48623 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $19,020.00 | $0.00 | $0.00 | $0.00 | $19,020.00 |
| 15 | MOSAIC CROP NUTRITION LLC<br><br>Monica Clark, Esq., c/o Dorsey &#038; Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis MN 55402 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $41,692.00 | $0.00 | $0.00 | $0.00 | $41,692.00 |
| 16 | MORTON SALT, INC.<br><br>11217 Morton Rd.<br>New Iberia LA 70560-7995 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | See Claim #1 | | | | | | | | |
| 17 | NORTHERN SIERRA CORPORATION<br><br>5450 East St.<br>Saginaw MI 48601 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $48,118.28 | $0.00 | $0.00 | $0.00 | $48,118.28 |
| **Claim Notes:** | (17-1) Goods sold and services provided | | | | | | | | |

| Case No. | 20-20759-DOB | | | | | | | | Trustee Name: Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DOME CORPORATION OF NORTH AMERICA | | | | | | | | Date: 6/9/2022 |
| Claims Bar Date: | 08/19/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 18 | NJ DEPT OF LABOR - UNEMPLOYMENT INS OFC<br>PO Box 226<br>Newark NJ 07102-0226 | Claims of Governmental Units | Allowed | 5800-000 | $737.22 | $0.00 | $0.00 | $0.00 | $737.22 |
| **Claim Notes:** | (18-1) Unemployment taxes - 2nd Qtr 2020 | | | | | | | | |
| 19 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>Bankruptcy Section<br>P O Box 5300<br>Albany NY 12205-0300 | Claims of Governmental Units | Allowed | 5800-000 | $3,205.58 | $0.00 | $0.00 | $0.00 | $3,205.58 |
| 19A | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>Bankruptcy Section<br>P O Box 5300<br>Albany NY 12205-0300 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $225.00 | $0.00 | $0.00 | $0.00 | $225.00 |
| 20 | STATE OF MINNESOTA, DEPARTMENT OF REVENUE MINNESOTA REVENUE<br>PO Box 64447 - BKY<br>Paul MN 55164-1447 | Claims of Governmental Units | Allowed | 5800-000 | $233.86 | $0.00 | $0.00 | $0.00 | $233.86 |
| **Claim Notes:** | (20-1) State Taxes | | | | | | | | |
| 21 | KENTUCKY DEPARTMENT OF REVENUE<br>P O Box 5222<br>Frankfort KY 40602 | Claims of Governmental Units | Allowed | 5800-000 | $190.90 | $0.00 | $0.00 | $0.00 | $190.90 |
| 21A | KENTUCKY DEPARTMENT OF REVENUE<br>P O Box 5222<br>Frankfort KY 40602 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $78.75 | $0.00 | $0.00 | $0.00 | $78.75 |
| | | | | | $2,039,248.37 | $382,155.66 | $0.00 | $0.00 | $1,657,092.71 |

| | |
|---|---|
| Case No. | 20-20759-DOB |
| Case Name: | DOME CORPORATION OF NORTH AMERICA |
| Claims Bar Date: | 08/19/2020 |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Date: | 6/9/2022 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $989.96 | $989.96 | $0.00 | $0.00 | $0.00 | $989.96 |
| Attorney for Trustee Fees (Other Firm) | $25,095.00 | $25,095.00 | $0.00 | $0.00 | $0.00 | $25,095.00 |
| Claims of Governmental Units | $4,620.06 | $4,620.06 | $0.00 | $0.00 | $0.00 | $4,620.06 |
| General Unsecured § 726(a)(2) | $1,769,898.61 | $1,496,299.86 | $0.00 | $0.00 | $0.00 | $1,496,299.86 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $382,000.00 | $382,155.66 | $382,155.66 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $48,422.03 | $48,422.03 | $0.00 | $0.00 | $0.00 | $48,422.03 |
| Trustee Compensation | $81,545.80 | $81,545.80 | $0.00 | $0.00 | $0.00 | $81,545.80 |
| Trustee Expenses | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 20-20759-DOB
Case Name: DOME CORPORATION OF NORTH AMERICA
Trustee Name: Randall L. Frank

Balance on hand: $1,373,127.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Fifth Third Bank, National Association | $382,000.00 | $382,155.66 | $382,155.66 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $1,373,127.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randall L. Frank, Trustee Fees | $81,545.80 | $0.00 | $81,545.80 |
| Randall L. Frank, Trustee Expenses | $120.00 | $0.00 | $120.00 |
| Smith Martin Powers & Knier, PC, Attorney for Trustee Fees | $58,730.00 | $58,730.00 | $0.00 |
| Smith Martin Power & Knier, PC Attorney for Trustee Expenses | $1,867.04 | $1,867.04 | $0.00 |
| Berthiaume & Co., Accountant for Trustee Fees, | $4,840.00 | $4,840.00 | $0.00 |
| Berthiaume & Co., Accountant for Trustee Expenses | $1,676.53 | $1,676.53 | $0.00 |
| Smith Martin Powers & Knier PC, Attorney for Trustee Fees | $25,095.00 | $0.00 | $25,095.00 |
| Smith Martin Powers & Knier, PC, Attorney for Trustee Expenses | $989.96 | $0.00 | $989.96 |
| Berthiaume & Co., Accountant for Trustee Fees | $8,400.00 | $8,400.00 | $0.00 |
| Berthiaume & Co., Accountant for Trustee Expenses | $942.12 | $942.12 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $107,750.76
Remaining balance: $1,265,376.78

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,265,376.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,620.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 8 | Connecticut Department of Revenue Services | $252.50 | $0.00 | $252.50 |
| 18 | NJ Dept of Labor - Unemployment Ins Ofc | $737.22 | $0.00 | $737.22 |
| 19 | New York State Department of Taxation & Finance | $3,205.58 | $0.00 | $3,205.58 |
| 20 | State of Minnesota, Department of Revenue Minnesota Revenue | $233.86 | $0.00 | $233.86 |
| 21 | Kentucky Department of Revenue | $190.90 | $0.00 | $190.90 |

| | |
|---|---:|
| Total to be paid to priority claims: | $4,620.06 |
| Remaining balance: | $1,260,756.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,496,299.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | JRE, LLC dba Ascension Roofing & Fab | $173,598.75 | $0.00 | $146,271.33 |
| 2 | Balzer and Associates, Inc. | $6,919.10 | $0.00 | $5,829.92 |
| 4 | Hi-Tek Biz LLC | $13,702.43 | $0.00 | $11,545.43 |

| | | | | |
|---|---|---:|---:|---:|
| 5 | Pitney Bowes Inc | $1,500.62 | $0.00 | $1,264.40 |
| 6 | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 7 | Rowe Electric Inc. | $5,528.00 | $0.00 | $4,657.80 |
| 8A | Connecticut Department of Revenue Services | $50.00 | $0.00 | $42.13 |
| 9 | Sunbelt Rentals | $481.51 | $0.00 | $405.71 |
| 10 | Ross Lake | $34,000.00 | $0.00 | $28,647.82 |
| 11A | Fifth Third Bank, National Association | $489,928.71 | $0.00 | $412,805.57 |
| 12 | Western Surety Company | $664,213.74 | $0.00 | $559,655.16 |
| 13 | Accident Fund Insurance Company of America | $45,665.00 | $0.00 | $38,476.55 |
| 14 | Innovative Concrete Contracting | $19,020.00 | $0.00 | $16,025.93 |
| 15 | Mosaic Crop Nutrition LLC | $41,692.00 | $0.00 | $35,128.97 |
| 16 | Morton Salt, Inc. | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $1,260,756.72
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $48,422.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 17 | Northern Sierra Corporation | $48,118.28 | $0.00 | $0.00 |
| 19A | New York State Department of Taxation & Finance | $225.00 | $0.00 | $0.00 |
| 21A | Kentucky Department of Revenue | $78.75 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |